IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Raymond

Printed: 01/06/09

Case Number: 08 B 09286
Judge: Wedoff, Eugene R
Filed: 4/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 13, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 231.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 215.75 |
| Trustee Fee: |  | 15.25 |
| Other Funds: |  | 0.00 |
| Totals: | 231.00 | 231.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,534.00 | 215.75 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 22.05 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 246.17 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 126.87 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 10.75 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 87.12 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 200.00 | 0.00 |
| 8. | Value Auto Mart Inc | Secured | | No Claim Filed |
| 9. | Value Auto Mart Inc | Unsecured | | No Claim Filed |
| 10. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 11. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 12. | Cbe Group | Unsecured | | No Claim Filed |
| 13. | I C Systems Inc | Unsecured | | No Claim Filed |
| 14. | RMI/MCSI | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Richard E Goggin | Unsecured | | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 21. | Professional Account Management | Unsecured | | No Claim Filed |
| 22. | RMI/MCSI | Unsecured | | No Claim Filed |
| 23. | RMI/MCSI | Unsecured | | No Claim Filed |
| 24. | RMI/MCSI | Unsecured | | No Claim Filed |
| 25. | RMI/MCSI | Unsecured | | No Claim Filed |
| 26. | RMI/MCSI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Davis, Raymond

Printed: 01/06/09

Case Number:  08 B 09286
Judge:  Wedoff, Eugene R
Filed:  4/16/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. RMI/MCSI | Unsecured | | No Claim Filed |
| 28. RMI/MCSI | Unsecured | | No Claim Filed |
| 29. West Asset Management | Unsecured | | No Claim Filed |
| 30. RMI/MCSI | Unsecured | | No Claim Filed |
| 31. RMI/MCSI | Unsecured | | No Claim Filed |
| | | $ 4,226.96 | $ 215.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 15.25 |
| | $ 15.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

